```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                        Case No. 16-11570-EEB
Tieg M Caughron                                               Chapter 13
Terri Ann Caughron
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1         User: gibbonsm              Page 1 of 1        Date Rcvd: Jan 23, 2018
                             Form ID: pdf904             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
db/db         +Tieg M Caughron,   Terri Ann Caughron,   685 Fetlock Drive,   Fort Collins, CO 80524-6021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
              Adam M Goodman    mail@ch13colorado.com,  agoodman13@ecf.epiqsystems.com
              Michael J. Watton   on behalf of Debtor Tieg M Caughron wlgdnvr@wattongroup.com
              Michael J. Watton   on behalf of Debtor Terri Ann Caughron wlgdnvr@wattongroup.com
              Thomas A. Arany   on behalf of Debtor Tieg M Caughron jdrewicz@wattongroup.com
              Thomas A. Arany   on behalf of Debtor Terri Ann Caughron jdrewicz@wattongroup.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                          TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>TIEG M CAUGHRON,<br>TERRI ANN CAUGHRON**,**<br><br>Debtor. | Bankruptcy Case No. 16-11570 EEB<br><br>Chapter 13 |

**ORDER AND NOTICE OF NON-EVIDENTIARY HEARING**

  **IT IS HEREBY ORDERED** that the Debtors' Motion to Reinstate Chapter 13 Case and Motion to Shorten Notice and the Order Dismissing Chapter 13 Case are set for a non-evidentiary hearing on a trailing docket before Judge Elizabeth E. Brown on **Wednesday, January 24, 2018, at 2:30 p.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom F, U.S. Custom House, 721 19th Street, Denver, Colorado. The parties shall be prepared to make legal arguments and/or appear for a status and scheduling conference.

  Parties may appear telephonically. Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852. The meeting access code is **345 4024** followed by the # sign. Please state your name clearly. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear, and be subject to imposition of sanctions as appropriate.**

  If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/Parties shall *bring their calendars* and be prepared to schedule any further hearing as required.

  DATED this 23rd day of January, 2018.

                BY THE COURT:

                *Elizabeth E. Brown*
                _____
                Elizabeth E. Brown, Bankruptcy Judge